**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CAMPAIGN FOR TOBACCO-FREE KIDS, *et al.*,

*Plaintiffs*,

v.

FOOD AND DRUG ADMINISTRATION, *et al.*,

*Defendants*.

Case No. 8:26-cv-02767-ABA

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and for the reasons explained in the accompanying memorandum of law, Plaintiffs move for the Court to grant summary judgment in their favor. Plaintiffs further move the Court:

(1) to vacate and set aside Defendant Food and Drug Administration's ("FDA") May 12 Guidance Document entitled "Enforcement Priorities for Certain New Tobacco Products Marketed Without Premarket Authorization" ("Guidance");

(2) to vacate and set aside any public-facing website published by Defendants identifying manufacturers and products that FDA generally does not intend to prioritize enforcement against pursuant to the Guidance ("Guidance website").

(3) to declare that the Guidance is contrary to law and exceeds FDA's statutory authority;

(4) to declare that the Guidance is arbitrary and capricious;

(5) to declare that the Guidance was promulgated without observance of procedure required by law;

(6) to declare that Defendants' publication of a Guidance website is contrary to law and exceeds FDA's statutory authority;

(7) to declare that Defendants' publication of a Guidance website is arbitrary and capricious;

(8) to declare that Defendants' publication of a Guidance website is undertaken without observance of procedure required by law; and

(9) to enter an order awarding appropriate equitable relief.

Dated: October 9, 2026

Respectfully submitted,

*/s/ Mark B. Samburg*

Mark B. Samburg (Bar No. 31090)
Jeffrey B. Dubner*
Carrie Y. Flaxman*
Elena S. Goldstein (Bar No. 31738)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
jdubner@c.democracyforward.org
cflaxman@democracyforward.org
egoldstein@democracyforward.org

Dennis A. Henigan*
Connor Fuchs*
Andrew Tardiff (Bar No. 32504)
CAMPAIGN FOR TOBACCO-FREE KIDS
1400 I Street NW, Suite 1200
Washington, DC 20005
Tel: (202) 296-5469
dhenigan@tobaccofreekids.org
cfuchs@tobaccofreekids.org
atardiff@tobaccofreekids.org

* *Admitted pro hac vice*

*Attorneys for Plaintiffs*